| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**

   **Blue Matrix Labs, LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   4 6 – 2 0 4 3 2 9 3

4. **Debtor's address**

   **Principal place of business**

   **1575 IH35 North**
   Number   Street

   _____
   
   **New Braunfels**   **TX**   **78130**
   City   State   ZIP Code

   **Comal**
   County

   **Mailing address, if different from principal place of business**

   **P.O. Box 342677**
   Number   Street

   _____
   P.O. Box

   **Austin**   **TX**   **78734**
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City   State   ZIP Code

5. **Debtor's website (URL)**   www.bluematrixlabs.com

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Blue Matrix Labs, LLC** _____  Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

   ____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11.  *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
           District _____ When _____ Case number _____
                                      MM / DD / YYYY
           District _____ When _____ Case number _____
                                      MM / DD / YYYY

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor **Blue Matrix Labs, LLC**      Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

     List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.

     Debtor _____ Relationship _____
     District _____ When _____ MM / DD / YYYY
     Case number, if known _____

     Debtor _____ Relationship _____
     District _____ When _____ MM / DD / YYYY
     Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
     Number    Street

_____
City    State    ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Blue Matrix Labs, LLC**     Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | | ☑ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | | ☑ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

## Part X: Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/04/2015**
MM / DD / YYYY

X **/s/ William Patterson**     **William Patterson**
Signature of authorized representative of debtor     Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Morris D. Weiss**     Date **12/04/2015**
Signature of Attorney for Debtor     MM / DD / YYYY

**Morris D. Weiss**
Printed name

**Taube Summers Harrison Taylor Meinzer Brown LLP**
Firm Name

**100 Congress Ave., Suite 1800**
Number    Street

**Austin**     **TX**     **78701**
City     State     ZIP Code

Contact phone **(512) 472-5997**     Email address **mweiss@taubesummers.com**

**21110850**
Bar number     State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Blue Matrix Labs, LLC** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | David L Chapman 2905 Cliff Point Spicewood, TX 78669 | | | | $1,016,666.66 | $0.00 | $1,016,666.66 |
| 2 | Ron Harter 6901 E. Co. Rd. 97 Midland, TX 79706 | | | | $184,808.22 | $0.00 | $184,808.22 |
| 3 | ON DECK CAPITAL Attn: Director of Operations 901 N. Stuart Street, Suite 700 Arlington, VA 22203 | | | | $165,903.11 | $0.00 | $165,903.11 |
| 4 | Power Up Lending Group, Ltd. 111 Great Neck Road, Suite 216 Great Neck, NY 11021 | | | | $117,718.69 | $0.00 | $117,718.69 |
| 5 | 1st Global Capital, LLC 1250 E. Hallandale Beach Blvd, Suite 409 Hallandale Beach, FL 33009 | | | | $117,265.15 | $0.00 | $117,265.15 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

| Debtor | **Blue Matrix Labs, LLC** | Case number (if known) _____ |
|---|---|---|
|  | Name |  |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | SOS CAPITAL  540 Madison Avenue  New York, NY 10022 | | | | $85,725.37 | $0.00 | $85,725.37 |
| 7 | Eagle Business Credit  100 Churchill Ct  Woodstock, GA 30188 | | | | $60,386.25 | $0.00 | $60,386.25 |
| 8 | CapCall LLC  122 E. 42nd Street, Suite 2112  New York, NY 10168 | | | | $56,219.17 | $0.00 | $56,219.17 |
| 9 | World Global Financing Inc.  141 North East 3rd Avenue  Miami, FL 33132 | | | | $46,605.69 | $0.00 | $46,605.69 |
| 10 | Tony Scott Martin  101 Flint Rock Trail  Spicewood, TX 78669 | | | | | | $31,117.54 |
| 11 | Hill Country Texas Galleria, LLC  12700 Hill Country Blvd, Suite T-100  Bee Cave, TX 78738 | | | | | | $19,639.80 |
| 12 | Lease Finance Partners, Inc  PO Box 20140  Wichita, KS 67208 | | | | $11,804.10 | $0.00 | $11,804.10 |
| 13 | Advantage Sales & Marketing  PO Box 31001-1691  Pasadena, CA 91110-1691 | | | | | | $11,666.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| Debtor | **Blue Matrix Labs, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | American Express  PO Box 650448  Dallas, TX 75265-0448 | | | | | | $9,329.25 |
| 15 | INTERNAL REVENUE SERVICE  324 25th St  Ogden, UT 84201-0039 | | | Disputed | | | $6,825.00 |
| 16 | Scott Goodwin  13950 Distribution Way  Farmers Branch, TX 75234 | | | | | | $6,102.10 |
| 17 | NELSON  PO Box 49195  San Jose, CA 95161-9195 | | | | | | $5,326.10 |
| 18 | OLD DOMINION FREIGHT LINE, INC  PO Box 841324  Dallas, TX 75284-1324 | | | | | | $4,908.76 |
| 19 | FEDEX  Po Box 660481  Dallas, TX 75266-0481 | | | | | | $4,046.12 |
| 20 | EMMIS AUSTIN RADIO  PO Box 731488  Dallas, TX 75373-1488 | | | | | | $3,553.85 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Blue Matrix Labs, LLC**                                  CASE NO

                                                                                                  CHAPTER   **11**

## **VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/4/2015                                                   Signature  */s/ William Patterson*
                                                                                                *William Patterson*
                                                                                                *Chief Restructuring Officer*

Date                                                                Signature

1st Global Capital, LLC
1250 E. Hallandale Beach Blvd, Suite 409
Hallandale Beach, FL 33009

Advantage Sales & Marketing
PO Box 31001-1691
Pasadena, CA 91110-1691

American Express
PO Box 650448
Dallas, TX 75265-0448

Armbrust & Brown, PLLC
Attn: Kimberly S. Beckham
100 Congress Ave., Suite 1300
Austin, TX 78701

BANK OF AMERICA
PO Box 660576
Dallas, TX 75226-0576

Blue Rhodes, PLLC
812 San Antonio St. Ste 310
Austin, TX 78701

BRIDGEPONT CONSULTING
6300 Bridgepoint Pkwy Bldg, Ste 575
Austin, TX 78730

CapCall LLC
122 E. 42nd Street, Suite 2112
New York, NY 10168

CONLEY ROSE, P.C.
1001 McKinney Ste 1800
Houston, TX 77002

```
David L Chapman
2905 Cliff Point
Spicewood, TX 78669



Dutton, Harris, & Company
PO Box 230
Midland, TX 79702



Eagle Business Credit
100 Churchill Ct
Woodstock, GA 30188



EMMIS AUSTIN RADIO
PO Box 731488
Dallas, TX 75373-1488



FEDEX
Po Box 660481
Dallas, TX 75266-0481



Freedom Voice Systems
169 Saxony Road
Suite 212
Encinitas, CA 92024



Hill Country Texas Galleria, LLC
12700 Hill Country Blvd, Suite T-100
Bee Cave, TX 78738



Hydro Toys, LLC
1575 IH 35 North
New Braunfels, TX 78130



Info-Hold, Inc.
4120 Airport Rd
Cincinnati, OH 45226
```

```
INTERNAL REVENUE SERVICE
324 25th St
Ogden, UT 84201-0039




Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346




inWorks LLC
PO Box 342
Uwchland, PA 19480




IPFS CORPORATION
PO Box 412086
Kansas City, MO 64141-2086




Jean Newman
11433 Mission Trace
San Antonio, TX 78230




Jeff Carpenter
1000 Liberty Park Drive #106
Austin, TX 78746




Kastner Huggins Reddien Gravelle LLP
801 West 5th Street
Suite 105
Austin, TX 78703


Kent BML Investments, LP
12006 Pleasant Panorama View
Austin, TX 78738




Lease Finance Partners, Inc
PO Box 20140
Wichita, KS 67208
```

NELSON
PO Box 49195
San Jose, CA 95161-9195


Nestle Waters North America Inc
Ready Refresh #216
6661 Dixie Highway, Suite 4
Louisville, KY 40258


OLD DOMINION FREIGHT LINE, INC
PO Box 841324
Dallas, TX 75284-1324


ON DECK CAPITAL
Attn: Director of Operations
901 N. Stuart Street, Suite 700
Arlington, VA 22203


Paradise Beverage, LLC
1575 IH 35 North
New Braunfels, TX 78130


Power Up Lending Group, Ltd.
111 Great Neck Road, Suite 216
Great Neck, NY 11021


Public Storage
6726 Bee Cave Road
Austin, TX 78746


PURCHASE POWER PO
Box 371874
Pittsburgh, PA 15250-7874


RAPID PROTOTYPES
2910 S Walton Blvd Ste 8
Bentonville, AR 72712

Ron Harter
6901 E. Co. Rd. 97
Midland, TX 79706


Sanson Illustrations
1207 DUNLAVY
HOUSTON, TX 77019


SCOTT C SHELTON, P.C.
136 W Twohig Ste C
San Angelo, TX 78734


Scott Goodwin
13950 Distribution Way
Farmers Branch, TX 75234


Shags, LLC
1575 IH 35 North
New Braunfels, TX 78130


Sol Schwartz & Associates PC
7550 W IH 10, #1200
San Antonio, TX 78229


SOS CAPITAL
540 Madison Avenue
New York, NY 10022


THE HARTFORD
PO Box 660916
Dallas, TX 75266-0916


Tony Scott Martin
101 Flint Rock Trail
Spicewood, TX 78669

U.S. Trustee - San Antonio
Nancy Ratchford, Assist. U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295


Uline
PO Box 88741
Chicago, IL 60680-1741


US Trustee - San Antonio
Nancy Ratchford, Assistant US Trustee
P.O. Box 1539
San Antonio, TX 78295


World Global Financing Inc.
141 North East 3rd Avenue
Miami, FL 33132