UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| BLUE MATRIX LABS, LLC, | § | CASE NO. 15-52977 |
| HYDRO TOYS, LLC, | § | CASE NO. 15-52978 |
| PARADISE BEVERAGE, LLC, | § | CASE NO. 15-52980 |
| SHAGS, LLC, and | § | CASE NO. 15-52981 |
| PARADISE BEVERAGE LOGISTICS, LLC, | § § | CASE NO. 15-52979 |
| Debtors. | § § | Chapter 11 *(Joint Administration Requested)* |

## MOTION FOR JOINT ADMINISTRATION OF CASES

**A Request for Expedited Hearing Has Been Filed**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors-in possession (collectively, the "**Debtors**") file this Motion for Joint Administration of Cases, as follows:

1. On December 4, 2015, each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The Debtors are operating their business as debtors-in-possession, and no trustee or examiner has been appointed.

2. The Court has jurisdiction and authority over this matter pursuant to 28 U.S.C. §§ 157 & 1334.

3. By this Motion, the Debtors seek entry of an order authorizing and directing the joint administration of these cases under *In re Blue Matrix Labs, LLC*, Case No. 15-52977.

4. Bankruptcy Rule 1015(b) authorizes this Court to enter an order directing the joint administration of these cases. Hydro Toys, LLC, Paradise Beverage LLC, Paradise Beverage Logistics LLC, and Shags, LLC are all wholly owned subsidiaries of Blue Matrix Labs, LLC ("**Blue Matrix**"). Blue Matrix is a holding company and directed the business operations of its

various subsidiaries, each of which are confronting their own operational and business issues.[1] Debtors believe that to some degree there will be some similar issues between the entities.

5. Joint administration of these cases is appropriate under the circumstances and will aid in the efficient administration of the cases. The joint administration will save time and expense by making it unnecessary to file duplicate motions and conduct duplicate hearings. Moreover, the reduction in costs from joint administration will enhance the estates, thereby benefiting all creditors.

6. Debtors further request that: (a) the Clerk of the Court maintain one docket for all pleadings filed in this case; (b) the Clerk of the Court maintain one service list for the service of the pleadings, orders, and notices in these cases; and (c) all pleadings and other papers be under filed under one case number.

7. Notwithstanding the foregoing, the Clerk of the Court should maintain a separate claims register or claims file for each case.

**WHEREFORE**, Debtors request that the Court issue the proposed order attached hereto directing the joint administration of the cases under *In re Blue Matrix Labs, LLC*, Case No. 15-52977; and that the Court grant such other and further relief as to which they may show themselves justly entitled.

---

[1] This should not be read as admission that any corporate formalities were not observed or that corporate separateness was not strictly maintained. Debtors do not request substantive consolidation and make no concessions herein that have any bearing on that issue.

DATED: December 5, 2015
              Austin, Texas

                                     Respectfully submitted,

                                       TAUBE SUMMERS HARRISON TAYLOR
                                        MEINZER BROWN LLP

                                       By:   */s/ Christopher G. Bradley*
                                       Eric J. Taube
                                       State Bar No. 19679350
                                       Morris D. Weiss
                                       State Bar No. 21110850
                                       Christopher G. Bradley
                                       State Bar No. 24069407
                                       100 Congress Avenue, Suite 1800
                                       Austin, Texas 78701
                                       (512) 472-5997
                                       (512) 472-5248 (FAX)
                                       etaube@taubesummers.com
                                       mweiss@taubesummers.com
                                       cbradley@taubesummers.com

                                       PROPOSED ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

     The foregoing notice was served on all persons on the attached Service List via First Class Mail on December 7, 2015.

                                       */ s/ Christopher G. Bradley*
                                       Morris D. Weiss

## ALL CREDITORS FOR THE 5 CASES:
## SERVICE LIST

1st Global Capital, LLC
1250 E. Hallandale Beach Blvd, Suite 409
Hallandale Beach, FL 33009

Advantage Sales & Marketing
PO Box 31001-1691
Pasadena, CA 91110-1691

Advantage Sales & Marketing
c/o Sonny King, CEO
18100 Von Karman, Suite 900
Irvine, CA 92612

AM RACING
24801 IH - 35
Kyle, TX 78640

American Dog Magazine
17011 Lincoln Ave, Ste. #610
Parker, CO 80134

American Express
PO Box 650448
Dallas, TX 75265-0448

Armbrust & Brown, PLLC
Attn: Kimberly S. Beckham
100 Congress Ave., Suite 1300
Austin, TX 78701

BANK OF AMERICA
PO Box 660576
Dallas, TX 75226-0576

Blue Matrix Labs, LLC
1575 IH 35 North
New Braunfels, TX 78130

Blue Rhodes, PLLC
812 San Antonio St., Ste 310
Austin, TX 78701

BRIDGEPONT CONSULTING
6300 Bridgepoint Pkwy Bldg, Ste 575
Austin, TX 78730

CapCall LLC
122 E. 42nd Street, Suite 2112
New York, NY 10168

CAPSUGEL US, LLC
412 Mt. Kemble Ave. Suite 200C
Morristown, NJ 07960

CASESTACK Inc.
3000 Ocean Park Blvd, Suite 1000
Santa Monica, CA 90405

CONLEY ROSE, P.C.
1001 McKinney, Ste, 1800
Houston, TX 77002

Continental American Corporation d/b/a P
5000 E. 29th Street North
Wichita, KS 67220

CUSTOM CREATION
1045 Reinli St
Austin, TX 78723

David L Chapman
2905 Cliff Point
Spicewood, TX 78669

DLS LOGSTIC SERVICE, LLC
11120 S Hindry Ave, Ste. A
Los Angeles, CA 90045

Duggan & Brown
1617 Old York Road
Abington, PA 19001

Dutton, Harris, & Company
PO Box 230
Midland, TX 79702

Eagle Business Credit
100 Churchill Ct
Woodstock, GA 30188

EMMIS AUSTIN RADIO
PO Box 731488
Dallas, TX 75373-1488

ENCHANTED MOMENTS
Jeffrey Kennis
344 Fence Row Dr.
Fairfield, CT 6824

FARMERS INSURANCE EXCHANGE
P.O. Box 4665
Carol Stream, IL 60197-4665

FEDEX
Po Box 660481
Dallas, TX 75266-0481

Freedom Voice Systems
169 Saxony Road, Suite 212
Encinitas, CA 92024

GLOBALPLASTIC
Jim Andrasic
34179 Golden Lantern St, Ste. 202
Dana Point, CA 92629

GS1 US, Inc.
PO Box71-3034
Columbus, OH 43271-3034

Hill Country Texas Galleria, LLC
12700 Hill Country Blvd, Suite T-100
Bee Cave, TX 78738

Hydro Toys, LLC
1575 IH 35 North
New Braunfels, TX 78130

iHeart Media Attn: Accounts Payable
P.O. Box 847117
Dallas, TX 75284

Info-Hold, Inc.
4120 Airport Rd.
Cincinnati, OH 45226

INTERNAL REVENUE SERVICE
324 25th St.
Ogden, UT 84201-0039

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Print & Packaging
951 Hwy 183
North Liberty Hill, TX 78642

inWorks LLC
PO Box 342
Uwchland, PA 19480

IPFS CORPORATION
PO Box 412086
Kansas City, MO 64141-2086

ITI MANUFACTURING
333 Southwestern Blvd, Ste 202
Sugar Land, TX 77478-3659

Jean Newman
11433 Mission Trace
San Antonio, TX 78230

Jeff Carpenter
1000 Liberty Park Drive #106
Austin, TX 78746

JOE VARRONE & ASSOCIATES
2305 Sheffield Square
Carrollton, TX 75007

Kastner Huggins Reddien Gravelle LLP
801 West 5th Street
Suite 105
Austin, TX 78703

Kent BML Investments, LP
12006 Pleasant Panorama View
Austin, TX 78738

Lease Finance Partners, Inc.
PO Box 20140
Wichita, KS 67208

LUNGE MARKETING, LLC
Trisha Hubbard
218 Main St #407
Kirkland, WA 98033

MCMANEMIN COMPANIES
2050 N Stemmons Frwy, Unit 124
Dallas, TX 75207

NELSON
PO Box 49195
San Jose, CA 95161-9195

Nestle Waters North America Inc.
Ready Refresh #216
6661 Dixie Highway, Suite 4
Louisville, KY 40258

NEXTWAVE, LLC
John Hinkel
9692 Pebble View Dr.
Cincinnati, OH 45252

OKLAHOMA GROCERS ASSOCIATION
PO Box 18716
Oklahoma City, OK 73154

OLD DOMINION FREIGHT LINE, INC
PO Box 841324
Dallas, TX 75284-1324

ON DECK CAPITAL
Attn: Director of Operations
901 N. Stuart Street, Suite 700
Arlington, VA 22203

ONE TOUCH POINT
Ginny's PO Box 143924
Austin, TX 78714-3924

Paradise Beverage, LLC
1575 IH 35 North
New Braunfels, TX 78130

PLUSH PRODUCTS
8755 Windfern Rd
Houston, TX 77064

Power Up Lending Group, Ltd.
111 Great Neck Road, Suite 216
Great Neck, NY 11021

Product Playground, LLC
Jeffrey Kennis
344 Fence Row
Fairfield, CT 6824

Public Storage
6726 Bee Cave Road
Austin, TX 78746

PURCHASE POWER PO
Box 371874
Pittsburgh, PA 15250-7874

PUSH MARKETING & PROMOTIONS
414 South Mill Ave, Ste. 214
Tempe, AZ 85281

RAPID PROTOTYPES
2910 S Walton Blvd Ste 8
Bentonville, AR 72712

Ron Harter
6901 E. Co. Rd. 97
Midland, TX 79706

Sanson Illustrations
1207 DUNLAVY
HOUSTON, TX 77019

SCOTT C SHELTON, P.C.
136 W. Twohig, Ste C
San Angelo, TX 78734

Scott Goodwin
13950 Distribution Way
Farmers Branch, TX 75234

Shags, LLC
1575 IH 35 North
New Braunfels, TX 78130

Sol Schwartz & Associates PC
7550 W IH 10, #1200
San Antonio, TX 78229

SOS CAPITAL
540 Madison Avenue
New York, NY 10022

STEEL BRANDING
6414 Bee Cave Rd Ste B
Austin, TX 78746

SUNBELT DISPLAYS & DIGITAL
 GRAPHICS
1000 Williams Dr., Ste. 1002
Marietta, GA 30066

Taizhou LuckySun Imp. & Exp. Co., Ltd
No. 36, Chaoji Street
Beiyang Huangyan
Taizhou, Zhejiang 318020

The Erin Griffin Group, LLC
19321 E. Clear Creek Dr
Parker, CO 80134

THE HARTFORD
PO Box 660916
Dallas, TX 75266-0916

THE NIELSEN COMPANY (US), LLC
PO Box 88956
Chicago, IL 60695

The Specialty Marketing Group, Inc.
11707 Dean Street
Huntley, IL 60142

Tony Scott Martin
101 Flint Rock Trail
Spicewood, TX 78669

Toyology Inc.
23679 Calabasas Rd
Calabasas, CA 91302

U.S. Trustee - San Antonio
Nancy Ratchford, Assist. U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295

Uline
PO Box 88741
Chicago, IL 60680-1741

UNITED LABORATORIES
 MANUFACTURING, INC
PO Box 671314
Dallas, TX 75267-1314

World Global Financing Inc.
141 North East 3rd Avenue
Miami, FL 33132