| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blue Matrix Labs, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | 15-52977 |

☑ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ron Harter<br>6901 E. Co. Rd. 97<br>Midland, TX 79706 | | | | $184,808.22 | $0.00 | $184,808.22 |
| 2 | ON DECK CAPITAL<br>Attn: Director of Operations<br>901 N. Stuart Street, Suite 700<br>Arlington, VA 22203 | | | | $165,903.11 | $0.00 | $165,903.11 |
| 3 | Power Up Lending Group, Ltd.<br>111 Great Neck Road, Suite 216<br>Great Neck, NY 11021 | | | | $117,718.69 | $0.00 | $117,718.69 |
| 4 | 1st Global Capital, LLC<br>1250 E. Hallandale Beach Blvd, Suite 409<br>Hallandale Beach, FL 33009 | | | | $117,265.15 | $0.00 | $117,265.15 |
| 5 | SOS CAPITAL<br>540 Madison Avenue<br>New York, NY 10022 | | | | $85,725.37 | $0.00 | $85,725.37 |

Debtor 15-58077-wlh  Doc 23  Filed 12/08/15  Entered 12/08/15 09:17:42  Main Document  Pg 2 of 3
Blue Matrix Labs, LLC
Name                                                                Case number (if known) 15-58077

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Eagle Business Credit 100 Churchill Ct Woodstock, GA 30188 | | | | $60,386.25 | $0.00 | $60,386.25 |
| 7 | CapCall LLC 122 E. 42nd Street, Suite 2112 New York, NY 10168 | | | | $56,219.17 | $0.00 | $56,219.17 |
| 8 | World Global Financing Inc. 141 North East 3rd Avenue Miami, FL 33132 | | | | $46,605.69 | $0.00 | $46,605.69 |
| 9 | Tony Scott Martin 101 Flint Rock Trail Spicewood, TX 78669 | | | | | | $31,117.54 |
| 10 | Hill Country Texas Galleria, LLC 12700 Hill Country Blvd, Suite T-100 Bee Cave, TX 78738 | | | | | | $19,639.80 |
| 11 | Lease Finance Partners, Inc PO Box 20140 Wichita, KS 67208 | | | | $11,804.10 | $0.00 | $11,804.10 |
| 12 | Advantage Sales & Marketing PO Box 31001-1691 Pasadena, CA 91110-1691 | | | | | | $11,666.00 |
| 13 | American Express PO Box 650448 Dallas, TX 75265-0448 | | | | | | $9,329.25 |

Debtor 15-58077-wlh Doc#23 Filed 12/08/15 Entered 12/08/15 09:17:42 Main Document Pg 3 of 3
Blue Matrix Labs, LLC                                    Case number (if known) 15-58077
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 INTERNAL REVENUE SERVICE<br>324 25th St<br>Ogden, UT 84201-0039 | | | Disputed | | | $6,825.00 |
| 15 Scott Goodwin<br>13950 Distribution Way<br>Farmers Branch, TX 75234 | | | | | | $6,102.10 |
| 16 NELSON<br>PO Box 49195<br>San Jose, CA 95161-9195 | | | | | | $5,326.10 |
| 17 OLD DOMINION FREIGHT LINE, INC<br>PO Box 841324<br>Dallas, TX 75284-1324 | | | | | | $4,908.76 |
| 18 FEDEX<br>Po Box 660481<br>Dallas, TX 75266-0481 | | | | | | $4,046.12 |
| 19 EMMIS AUSTIN RADIO<br>PO Box 731488<br>Dallas, TX 75373-1488 | | | | | | $3,553.85 |
| 20 Dutton, Harris, & Company<br>PO Box 230<br>Midland, TX 79702 | | | | | | $2,900.00 |