UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BLUE MATRIX LABS, LLC, | § | CASE NO. 15-52977-RBK |
| HYDRO TOYS, LLC, | § | CASE NO. 15-52978-RBK |
| PARADISE BEVERAGE, LLC, | § | CASE NO. 15-52980-RBK |
| SHAGS, LLC, and | § | CASE NO. 15-52981-RBK |
| PARADISE BEVERAGE LOGISTICS, LLC, | § | CASE NO. 15-52979-RBK |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | Jointly Administered Under |
| | § | Case No. 15-52977-RBK |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that, in addition to service as indicated on the service list attached to each document and the Supplemental Certificates of Service filed on December 5, 2015 [Doc. 15] and December 8, 2015 [Doc. 22], the documents listed below have been served by overnight delivery to the parties listed on the attached service list on December 9, 2015.

1. Affidavit of William R. Patterson in Support of the Debtors' Chapter 11 Petitions and Request for First Day Relief [Doc. 3]

2. Motion for Joint Administration of Cases [Doc. 4]

3. Application to Approve Employment of Taube Summers as Counsel to the Debtors Pursuant to Section 327 of the Bankruptcy Code [Doc. 5]

4. Application of the Debtors for Authority to Employ Global Toy Enterprises, LLC as Broker/Advisor Pursuant to Sections 327 and 328 of the Bankruptcy Code [Doc. 6]

5. Application for an Order Approving the Employment of Conley Rose, P.C. as Special Intellectual Property Counsel to the Debtors Pursuant to Section 327(e) of the Bankruptcy Code [Doc. 7]

6. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Obtain Post-Petition Financing and to Grant Security Interests and Super-Priority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105, 364(C) and 364(D); (B) Authorizing the Debtors to Continue Use of Cash Collateral Pursuant to 11 U.S.C. § 363; (C) Modifying the Automatic Stay Pursuant to 11 U.S.C § 362; and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Doc. 8]

7. Attorney Checklist and Certificate of Counsel Concerning Motion and Order Pertaining to Use of Cash Collateral and Postpetition Financing [Doc. 9]

8. Emergency Motion of Debtors for (I) Order Approving Bidding Procedures and Bidder Protections for the Sale of Certain Designated Assets; and (II) an Order Approving Sale of Certain Designated Assets Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 USC §105, 363(b), (f), (m) and 365, and Granting Related Relief [Doc. 10]

9. Debtor's Motion for Authorization (I) to Pay Prepetition Wages, Benefits, and Other Items; and (II) for Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Doc. 11]

10. Debtors' Motion to Reject Certain Executory Contracts and Unexpired Leases [Doc. 12]

11. Application of Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for Authorization to (A) Employ and Retain Bridgepoint Consulting to Serve as Financial Advisors for the Debtors and to Provide the Debtors a Chief Restructuring Officer, and (B) to Designate William Patterson as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date [Doc. 13]

12. Request for Emergency Consideration of Certain "First Day" Matters [Doc. 14]

13. Notice of Emergency Hearing of Certain "First Day" Matters [Doc. 16]

DATED: December 10, 2015
       Austin, Texas

Respectfully submitted,

TAUBE SUMMERS HARRISON TAYLOR
 MEINZER BROWN LLP

By:   /s/ Morris D. Weiss
Eric J. Taube
State Bar No. 19679350
Morris D. Weiss
State Bar No. 21110850
Christopher G. Bradley
State Bar No. 24069407
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 472-5997
(512) 472-5248 (FAX)
etaube@taubesummers.com
mweiss@taubesummers.com
cbradley@taubesummers.com

PROPOSED ATTORNEYS FOR DEBTORS

8780-3\00545474.000      2

## SERVICE LIST

United States Attorney, Civil Process Clerk
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, Texas 78774

Travis County Tax Assessor-Collector
5501 Airport Boulevard
Austin, Texas 78751-1410